**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BOBBY HARDRICK,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:24-cv-00014-D** |
| | § | |
| **WELLS FARGO BANK NATIONAL** | § | **JURY** |
| **ASSOCIATION; RESOLVION, LLC;** | § | |
| **KEEL RECOVERY, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT WELLS FARGO BANK NATIONAL ASSOCIATION'S**
**MOTION TO SUBSTITUTE COUNSEL**

Defendant Wells Fargo Bank National Association ("Wells Fargo" or "Defendant") files this Motion to Substitute Counsel ("Motion") and respectfully shows the Court as follows:

1.      Robert T. Mowrey, Matthew K. Hansen, and Caroline H. Boone of Locke Lord LLP are currently counsel of record for Defendant in this lawsuit.

2.      Defendant has now retained the following attorneys to represent it in this matter:

> **Raymond M. Kutch**
> State Bar No. 24072195
> rkutch@thompsoncoe.com
> **George Arnold**
> State Bar No. 00783559
> garnold@thompsoncoe.com
> THOMPSON, COE, COUSINS & IRONS, LLP
> 4400 Post Oak Parkway, Suite 1000
> Houston, Texas 77027
> Telephone: (713) 403-8210
> Facsimile: (713) 403-8299
>
> and

**Matthew J. Kolodoski**
State Bar No. 24081963
mkolodoski@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

3.      Defendant, therefore, requests that Mr. Kutch, Mr. Arnold, and Mr. Kolodoski of Thompson, Coe, Cousins & Irons, LLP be substituted in and designated as its attorneys of record, with Mr. Kutch designated as lead attorney. Defendant also requests that Mr. Mowrey, Mr. Hansen, and Ms. Boone of Locke Lord LLP be withdrawn as counsel. Defendant requests that the Court and counsel direct all correspondence going forward to Mr. Kutch, Mr. Arnold, and Mr. Kolodoski of Thompson, Coe, Cousins & Irons, LLP.

4.      Granting this Motion will not harm or prejudice Plaintiff at this early stage in the case.

5.      This Motion is for good cause and is not sought for delay but so that justice may be done.

WHEREFORE, Defendant prays that this Motion be granted, that Mr. Kutch, Mr. Arnold, and Mr. Kolodoski of Thompson, Coe, Cousins & Irons, LLP be substituted in for Mr. Mowrey, Mr. Hansen, and Ms. Boone of Locke Lord LLP. Defendant also prays for such other and further relief, both legal and equitable, to which it is justly entitled.

Respectfully submitted,

By: */s/ Raymond M. Kutch*_____

    **Raymond M. Kutch**
    State Bar No. 24072195
    rkutch@thompsoncoe.com
    **George Arnold**
    State Bar No. 00783559
    garnold@thompsoncoe.com
    THOMPSON, COE, COUSINS & IRONS, LLP
    4400 Post Oak Parkway, Suite 1000
    Houston, Texas 77027
    Telephone: (713) 403-8210
    Facsimile: (713) 403-8299

    and

    **Matthew J. Kolodoski**
    State Bar No. 24081963
    mkolodoski@thompsoncoe.com
    THOMPSON, COE, COUSINS & IRONS, LLP
    700 North Pearl Street, 25th Floor
    Dallas, Texas 75201
    Telephone: (214) 871-8200
    Facsimile: (214) 871-8209

**WITHDRAWING ATTORNEYS**

*/s/ Robert T. Mowrey* _____
Robert T. Mowrey
Attorney in Charge
Texas Bar No. 14607500
rmowrey@lockelord.com
Matthew K. Hansen
Texas Bar No. 24065368
mkhansen@lockelord.com
Caroline H. Boone
Texas Bar No. 24109653
cboone@lockelord.com

**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800

**ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK
NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all counsel and parties of record in accordance with the Federal Rules of Civil Procedure via the Court's electronic service on May 15, 2024.

*/s/ Raymond M. Kutch* _____
Raymond M. Kutch